**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6176**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLARENCE SHELDON JUPITER,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, Chief District Judge. (CR-93-4-H)

---

Submitted: May 15, 1997         Decided: May 29, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Clarence Sheldon Jupiter, Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Jupiter</u>, No. CR-93-4-H (W.D. Va. Jan. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>